HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALYSSA MICHELLE KLAISTER,, | Case No.  2:25-cv-01459-RAJ |
| Plaintiff, | ORDER |
| v. | |
| CITY OF ANACORTES; DILLON PACKARD, in his individual and official capacity; JOSHUA SCHOLTEN, in his individual and official capacity; TYLER HATCHER, in his individual and official capacity; SGT. TERRENCE CLIFFORD, in his individual and official capacity; DELMAS FARRELL, in his official capacity; CHIEF DAVE FLOYD, in his official capacity; TIFFANY AMBROSE, in her individual and official capacity, | |
| Defendants. | |

## I.   INTRODUCTION

THIS MATTER comes before the Court on Defendants' renewed motion to dismiss, Dkt. # 12.  No response was filed to the motion.  The Court has reviewed the motion and the balance of the record.  For the reasons set forth below, the Court **GRANTS** the motion.

ORDER - 1

## II.    BACKGROUND

This is Defendants' second motion to dismiss.  Defendants initially filed a motion to dismiss arguing that Plaintiff Alyssa Klaister failed to serve them and that Ms. Klaister's complaint was an attempt at improper claim splitting.  Dkt. # 5.  The Court denied the motion without prejudice because Defendants' ineffective service argument was premature, noting that Ms. Klaister had until November 3, 2025, to serve the Defendants, and because the Court lacked jurisdiction to reach the merits of the claim splitting argument.  Dkt. # 9.  In the Court's order, the Court directed Ms. Klaister to resources for *pro se* plaintiffs and instructed Ms. Klaister to serve the Defendants.  *Id.* Ms. Klaister has not filed proof of service with the Court.  On November 12, 2025, Defendants filed a renewed motion to dismiss under Rule 12(b)(5).  Dkt. # 12.  Ms. Klaister has not filed a response.

## III.    DISCUSSION

Under Rule 12(b)(5), a complaint may be dismissed for "insufficient service of process." Fed. R. Civ. P. 12(b)(5).  Under Rule 4, a plaintiff must serve each defendant with a copy of the summons and complaint within 90 days of filing the complaint and must file proof of service with the court, unless service is waived.  *See* Fed. R. Civ. P. 4(c)(1), (l)(1), and (m).  Finally, under this district's Local Civil Rules, "if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit."  LCR 7(b)(2).

Ms. Klaister has not served Defendants within the required 90-day period, filed proof of service with the Court, nor requested Defendants waive service.  Further, Ms. Klaister has not filed a response to Defendants' motion to dismiss.  Accordingly, the Court considers the motion to have merit.  Therefore, Defendants' motion to dismiss for ineffective service is granted.

ORDER - 2

## IV.   CONCLUSION

For the foregoing reasons, the Court **GRANTS** Defendants' motion to dismiss, Dkt. # 12, and **DISMISSES** the Complaint **WITHOUT PREJUDICE**.

The clerk is directed to close this case.

Dated this 26th day of January, 2026.

The Honorable Richard A. Jones
United States District Judge

ORDER - 3